# Exhibit A

| Vendor Name | Address line #1 | City | State | Zip |
|---|---|---|---|---|
| Opus | | | | |
| 100 M St SE, L.L.C. | 2099 Gaither Road, Suite 100 | Rockville | MD | 20850 |
| 1133 Fifteenth Street Limited Partnership | 7500 Old Georgetown Rd | Bethesda | MD | 20814-5122 |
| A & A Masonry Inc | PO Box 316 | Damascus | MD | 20872 |
| A Morton Thomas and Assoc Inc | 12750 Twinbrook Parkway | Rockville | MD | 20852 |
| Accent Architectural | 18918 Clark Graham Ave | Baie O'Urfe | Quebec | H9X 3R8 |
| Accubid Excavation Inc | 1010 Deer Hollow Dr | Mt. Airy | MD | 21771 |
| Ace Electric | 813 N Fourth St | Allentown | PA | 18102 |
| Adden Furniture | 26 Jackson St | Lowell | MA | 01852 |
| Advanced Fadlity Systems Group Inc | 9691 K Gewig Ln | Columbia | MD | 21046 |
| Affordable Glass, Inc | 7311 Z Grove Rd | Frederick | MD | 21704 |
| AIW Inc | 5010 Inwood St | Hyattsville | MD | 20781 |
| Allan A Myers LP | PO Box 98 1805 Berks Rd | Worcester | PA | 19490 |
| AMA Construction Company | 4902A 47th Ave | Hyattsville | MD | 20781 |
| American Capitol Contracting, Inc. | 1613 Crownsville Road | Crownsville | MD | 21032 |
| American Concrete and Masonry Co | 550 Hollywood Ave | South Plainfield | NJ | 07080 |
| American Lumber Corporation | 520 S Caton Ave | Baltimore | MD | 21229 |
| American Masonry Corporation | 710 irish Mill Rd Ste 200 | Runnemede | NJ | 08078 |
| APG I, LLC | 2099 Gaither Road, Suite 100 | Rockville | MD | 20850 |
| Apple Signs | 404 Serendipity Dr | Millersville | MD | 21108 |
| Apple Valley II, LLC | 2099 Gaither Road, Suite 100 | Rockville | MD | 20850 |
| Arban & Carosi Inc | 13800 Dawson Beach Rd | Woodbridge | VA | 22191 |
| Arbee Assoc | 950 Wind River Ln | Gaithersburg | MD | 20878 |
| Arbon Equipment Corp | 2116 Tomlynn St | Richmond | VA | 23230 |
| Armand J. Palestini Walcover | 35 PI umstead Rd | Sewell | NJ | 08080 |
| Armour and Sons Electric Inc | 23 E Cabot Blvd | Langhorne | PA | 19407 |
| Atlantic Engineering Laboratories Inc | 18 Stern Ave | Sprin9field | NJ | 07081 |
| Avant Garde Systems Inc | 5103 College Ave | College Park | MD | 20740 |
| Banana Banner Inc | 3148 Duke St | Alexandria | VA | 22314 |
| Bank of America | 725 6th Street, NW | Albuquerque | NM | 87125 |
| Belcher Roofing Corp | 111 Commerce Dr | Montgomeryville | PA | 18936 |
| Benfield Electric Co Inc | 400 Hickory Dr Ste 200 | Aberdeen | MD | 21001 |
| Best Delmarva Signage Systems Inc | 1927 Shore Dr | Edgewater | MD | 21037 |
| Bethlehem Crossings III, L.L.C. | 10350 Bren Road West | Minnetonka | MN | 55343 |
| Blockhouse Co Inc | 3285 Farmtrail Rd | York | PA | 17406 |
| Blue Ridge Landscape & Design Inc | 172-12 Imboden Dr | Winchester | VA | 22603 |
| Bopat Electrical Co | 9130 H Red Branch Rd | Columbia | MD | 21045 |
| Brien A Miller Painting Co Inc | 450 Nelms Cir | Fredericksburg | VA | 22406 |
| Brock Contract Services Inc | 1400 Nowell Rd. | Raleigh | NC | 27607 |
| Budget Maintenance Construction Svcs | 135 Walnut St | Pottstown | PA | 19464 |
| Builder's Door & Hardware Inc, | 1414 E Columbia St | Allentown | PA | 18103 |
| Building Infrastructure Group Inc | 14740-P Flint Lee Rd | Chantilly | VA | 20151 |
| Bunting Graphics Inc | 20 River Rd | Verona | PA | 15147-1159 |
| Canac Kitchens US LTD | 444 Highland Dr | Koehler | WI | 53044 |
| Capon Cleaning Contractors Inc | 5 North Adams St | Rockville | MD | 20850 |
| Catholic University of America | 620 Michigan Ave, N.E. | Washington | DC | 20064 |
| CBO Glass | 13595 Broadway | Alden | NY | 14004 |
| Ceilings And Partitions Inc | 11850 Baltimore Ave Unit B | Beltsville | MD | 20705 |
| Century Fence Construction LLC | 9501 Old Marlboro Pike | Upper Marlboro | MD | 20772 |
| Certified Testing Laboratories | 754 E Fairview St | Bethlehem | PA | 18018 |
| CH Edwards Inc | PO Box 30110 | Greenville | NC | 27833 |
| Chapel Valley Landscape Co. | 3275 Jennings Chapel Rd | Woodbine | MD | 21797 |
| Cheltenham Glass Inc. | 1435 Anderson Ave | Oreland | PA | 19075 |
| Chesapeake Sprinkler Company | 1913-B Beston Ct | Odenton | MD | 21113 |
| Chief, Real Estate Division | 10 S. Howard Street, Room 7600 | Baltimore | MD | 21201 |
| Childs Landscape Contractors | 491 College Pkwy | Arnold | MD | 21012 |
| Cirignano Contracting Inc | 750 W California Ave | Absecon | NJ | 08201 |

Exhibit A : Counterparties to Executory Contracts and Unexpired Leases

| Vendor Name | Address line #1 | City | State | Zip |
|---|---|---|---|---|
| CJ Coakley Co Inc | 7732 Lee Hgwy | Falls Church | VA | 22042 |
| Clark Construction Group LLC | 7500 Old Georgetown Rd | Bethesda | MD | 20814 |
| CM Construction | 841 W Main St | Landsdale | PA | 19446 |
| CM Steel & Supply Inc | 8030 Fernham Ln | Forestville | MD | 20747 |
| CNA, Inc | 215 Bynum Road | Forest Hills | MD | 21050 |
| Cochran & Mann | 18213-D Flower Hill Way | Gaithersburg | MD | 20879 |
| Compass Electrical Technology | 8382B Terminal Rd | Lorton | VA | 22079 |
| Consolidated Waterproofing Contractors | 10732 Hanna St | Beltsville | MD | 20705 |
| Construction Hardware Inc of NJ | PO Box 330345 | West Hardford | CT | 06133-0345 |
| Creative Surface Interiors Inc | 8393 Ardwick Ardmore Rd | Landover | MD | 20785 |
| Crystal Brite Cleaners, Inc. | 27204 Paddock Trail Place | Chantilly | VA | 20152 |
| CTI Consultants Inc | 13500 E Boundary Rd | Midlothian | VA | 23112 |
| Custom Glass Services Inc | 124 Byte Dr | Frederick | MD | 21702 |
| Custom Woodworking Inc | 103 Lightcap Rd | Pottstown | PA | 19464 |
| David Allen Company | 12176 liVingston Rd | Manassas | VA | 22110 |
| DClinc | 265 S Main St | Lisbon | NH | 03585 |
| Deer Creek Assoc Inc | 3908 Wikinson Rd | Havre de Grace | MD | 21078 |
| Dewberry & Davis | PO Box 1824 | Merrifield | VA | 22116-1824 |
| Diamond Engineering Corp. | 9825 Old Solomons Is Rd | Owings | MD | 20736 |
| DICO Enterprises Inc | 3273 Pine Orchard Ln | Ellicott City | MD | 21042 |
| District Engineer | PO Box 1715 | Baltimore | MD | 21203-1715 |
| Donald A. Pusey, Inc | 301 State Rd | Media | PA | 19063 |
| Durex Coverings Inc | PO Box 639 | Brownstown | MD | 17508 |
| Dye Builders and Investors Inc | 221-E East Main St | Rising Sun | MD | 21911 |
| Dynamic Ceramic THe, Inc. | PO Box 549 | Lisbon | MD | 21765 |
| Earth Engineering, Inc. | 115 W Germantown Pike #200 | East Norriton | PA | 19401 |
| EarthCare Inc | 69 Risbon Rd | Honey Srook | PA | 19344 |
| Eastern Testing & Inspections | 6101 Executive Blvd | Rockville | MD | 20852 |
| ECS Mid-Atlantic LLC | 14026 Thunderbolt Pl Ste 100 | Chantilly | VA | 20151-3232 |
| Edward H Cray Inc | 12 Seventh Ave | Trenton | NJ | 08619 |
| EEE of Fairfax, LLC and EEE Auto Sales, Inc. | 10530 Fairfax Blvd | Fairfax | VA | 22030 |
| Engineered Construction Products Inc | 5422 Mt zion Rd | Frederick | MD | 21703 |
| Eshbach Brothers LP | 1440 N 9th St | Reading | PA | 19604 |
| Exerflex | 6801 Lake Plaza, A 105 | Indianapolis | IN | 46220 |
| Extra Clean Inc. | 11777 Parklawn Dr | Rockville | MD | 20852 |
| Fabcon East LLC | 1333 Paysphere Circle | Chicago | IL | 60674 |
| FMC Services Inc | PO Box 73501 | Cleveland | OH | 44193-0501 |
| FO Day Co Inc | 850 E Gude Dr Ste A | Rockville | MD | 20850 |
| Four Quarters Plumbing, Heating and Air | 2601 River Rd | Cinnaminson | NJ | 08077 |
| Frederick Fabricated Metals Corp | 6243 Jefferson Pike | Frederick | MD | 21703 |
| Frederick Ward Associates Inc | PO Box 727 | Bel Air | MD | 21014 |
| Froehling & Robertson Inc | 3015 Dumbarton Rd | Richmond | VA | 23228 |
| Furbish Company LLC | PO Box 27084 | Baltimore | MD | 21230 |
| Garrison Commander | 2201 Aberdeen Blvd, Bldg #305 | Aberdeen Proving Ground | MD | 21005 |
| Gate Precast Company | PO Box 43420 | Jacksonville | FL | 43420 |
| GDC Contractors Inc | 17491 Jefferson Davis Hgwy | Dumfries | VA | 22026 |
| Glover Equipment Sales Group Inc | PO Box 405 | Cockeysville | MD | 21030 |
| Gordon Contractors Inc | 910 Edgeworth Dr | Capitol Heights | MD | 20743 |
| Gray & Son, Inc, | 430 W Padonia Rd | Timonium | MD | 21093 |
| Green Street Venture, LLC | Three Center Plaza, Ste 420 | Boston | MA | 2108 |
| GT Contracting Corp | 1447 Pennsylvania Ave SE | Washington | DC | 20003 |
| H L Wiker & Sons | 709 Hartman Station Rd | Lancaster | PA | 17605-1055 |
| Half Street SE, LLC | 2099 Gaither Road, Suite 100 | Rockville | MD | 20850 |
| Hallmark Iron Works | PO Box 339 | Newington | VA | 22122 |
| Hand K New Jersey Division | PO Box 196 | Skippack | PA | 19474 |
| Hastings Marketplace Residential Association | 2099 Gaither Road, Suite 100 | Rockville | MD | 20850 |
| Hatzel and Buehler | 5A S Gold Dr | Hamilotn | NJ | 08691 |

| Vendor Name | Address line #1 | City | State | Zip |
|---|---|---|---|---|
| Henry J. Knott Masonry, Inc | 16 Green Meadow Dr Ste 112 | Timonium | MD | 21093 |
| Hufcor Potomac | 144 Log Canoe Cir | Stevensville | MD | 21666 |
| Hutchinson Plumbing Heating | 621 Chapel Ave | Cherry Hill | NJ | 08034 |
| Hutt's Glass Co Inc | 1600 Swamp Pike PO Box 309 | Gilbertsville | PA | 19525-0309 |
| ICI Flooring, Inc. | 806 Silvia St | West Trenton | NJ | 08628 |
| Independent Consultants & Engineers Inc | 15861 Commerce Ct | Upper Marlboro | MD | 20774-7412 |
| Ira G Steffy and Son Inc | 460 Wenger Dr | Ephrata | PA | 17522 |
| J.C. Two Inc | 4 Penn Rd | Voorhees | NJ | 08034 |
| Jacobs Ladder, Inc | 404 Davisville Road | Willow Grove | PA | 19090 |
| Jaydor Co | 542 N Trooper Rd | Norristown | PA | 19401 |
| Johnson Bernat Assoc Inc | 1395 Piccard Dr 350 | Rockville | MD | 20850 |
| Johnson Mirmiran and Thompson Inc | 72 Loveton Cir | Sparks | MD | 21152 |
| Joseph J Magnolia Inc, | 600 Gallatin St NE | Washington | DC | 20017 |
| Kastle Systems LLC | 1501 Wilson Blvd | Arlington | VA | 22209 |
| Klover Contracting, Inc. | 2404 Milford Sq Pike | Quakertown | PA | 18951 |
| Kosh Co Inc | 1103 Butler Pike | Blue Bell | PA | 19422 |
| KW Inc | 7 Bywood Ln | W Trenton | NJ | 08628 |
| Laurel Architectural Millwork Inc | PO Box 64 | Mt Ephraim | NJ | 08059-0064 |
| Leslie Katchen Steel Construction | 300 Buckelew Ave St 109 | Jamesburg | NJ | 08831 |
| Ilex Construction and Dev. | 1427 Clarkview Road Suite 400 | Baltimore | MD | 21209 |
| Long Fence | PO Box 220429 | Chantilly | VA | 20153 |
| Long Fence Company Inc | 8545 Edgeworth Dr | Capitol Heights | MD | 20743 |
| Lorton Contracting Co Inc | 7544 D Fullerton Ct | Springfield | VA | 22153 |
| Louise Shipley | PO Box 263 | Clarksburg | MD | 20871 |
| Lower States Tile & Marble Inc | 860 Pennsylvania Blvd | Feasterville | PA | 19053 |
| Macungie Crossings I, LLC | 2099 Gaither Road, Suite 100 | Rockville | MD | 20850 |
| Malvern Glass Inc | 2 Lee Blvd | Malvern | PA | 19355 |
| Marco Incorporated | 320 Commerce Dr | Exton | PA | 19341-2606 |
| Marmara Corporation | 1125 Okie St NE | Washington | DC | 20002 |
| Maryland Enterprises, Inc. | 2099 Gaither Road, Suite 100 | Rockville | MD | 20850 |
| Material Distributors, Inc. | 8 Cynwood Rd & Union Ave | Bala Cynwood | PA | 19004-3309 |
| McCarthy Engineering Associates PC | 1121 Snyder Rd | West Lawn | PA | 19609 |
| McCleary-Franz Company/Just Rite Equip | 1760 Sulphur Spring Rd | Baltimore | MD | 21227 |
| Mechanical Design Systems Inc | 6302 Aaron Ln | Clinton | MD | 20735 |
| Mercer Corporate Center, LLC | 2099 Gaither Road, Suite 100 | Rockville | MD | 20850 |
| Metropolitan Contract Carpets | 625 E Chapel Ave | Cherry Hill | NJ | 08034 |
| Meyers, Rodbell & Rosenbaum PA | 6901 Kenilworth Ave Ste 400 | Riverdale Park | MD | 20737-1385 |
| MIA Electric LLC | 5265 Port Royal Rd 100 | Springfield | VA | 22151 |
| Mid Atlantic Construction Supply Inc | 3705 West St | Landover | MD | 20785 |
| Miller & Long Co Inc | 4824 Rugby Ave | Bethesda | MD | 20814 |
| Modern Door & Equipment Sales Inc | 4301 Charles Crossings Dr | White Plains | MD | 20695 |
| Modern Electric Co | 71 Crooks Ave | Clifton | NJ | 07011 |
| Mona Electric Group Inc | 7915 Malcolm Rd | Clinton | MD | 20735 |
| Montgomery Window Products | 7609-K Airpark Rd | Gaithersburg | MD | 20879 |
| National Cable Construction Inc | PO Box 5215 | Herndon | VA | 20172 |
| Neuber Concrete | PO Box 745 | Kimberton | PA | 19442 |
| Nini Bldg Contractor LLC | 110 W Franklin Ave Ste 1-110 | Pennington | NJ | 08534 |
| NRG Services & Supplies Inc | 8100 Bustrleton Ave | Philadelphia | PA | 19152 |
| Nursery Corner, LLC | 2099 Gaither Road, Suite 100 | Rockville | MD | 20850 |
| ODP Princeton, LLC | 10350 Bren Road West | Minnetonka | MN | 55343 |
| ODP Manassas, LLC | 10350 Bren Road West | Minnetonka | MN | 55343 |
| OIRE Keystone Corssings II, LP | 10350 Bren Road West | Minnetonka | MN | 55343 |
| OIRE Keystone Corssings II, GP | 10350 Bren Road West | Minnetonka | MN | 55343 |
| ORE PA VIII BC2, LP | 10350 Bren Road West | Minnetonka | MN | 55343 |
| ORE PA VIII BC2, GP LLC | 10350 Bren Road West | Minnetonka | MN | 55343 |
| ORE PA VIII BC3, LP | 10350 Bren Road West | Minnetonka | MN | 55343 |
| ORE PA VIII BC3, GP, LLC | 10350 Bren Road West | Minnetonka | MN | 55343 |

Exhibit A : Counterparties to Executory Contracts and Unexpired Leases

| Vendor Name | Address line #1 | City | State | Zip |
|---|---|---|---|---|
| ORE VII, LP | 10350 Bren Road West | Minnetonka | MN | 55343 |
| ORE VI, LP | 10350 Bren Road West | Minnetonka | MN | 55343 |
| ODP Rock Spring | 10350 Bren Road West | Minnetonka | MN | 55343 |
| Oncora Construction | 4703 Webster St | Bladensburg | MD | 20710 |
| Onofrios Precast Services Inc | 67 N Lake Vw Dr Po Box 176 | Gibbsboro | NJ | 08026 |
| Opus Architects & Engineers Inc | 10350 Bren Road West | Minnetonka | MN | 55343 |
| Orndorff & Spaid | 11722 Old Baltimore Pike | Beltsville | MD | 20705-1292 |
| Otis Elevator Company | PO Box 905454 | Charlotte | NC | 28290-5454 |
| Overhead Door Co. Of Allentown | 4498 Commerce Dr | Whitehall | PA | 18052 |
| Overhead Door Co. Of Baltimore | 3501 Century Ave | Baltimore | MD | 21227 |
| Overhead Door Co. Of Wash.D.C. | 6841 Distribution Dr | Beltsville | MD | 20705 |
| Paintech | 1020 Matsonford Road | Conshohocken | PA | 19428 |
| Park Plaza II, L.L.C. | 1776 Eye Street, NW, Suite 500 | Washington | DC | 20006 |
| Parsons Transportation Group, Inc. | 100 W Walnut Street | Pasadena | CA | 01224 |
| Pat McHugh Natural Stone | 7614 Woodridge Cir | Alexandria | VA | 22308 |
| Pennoni Associates, Inc | PO Box 827328 | Philadelphia | PA | 19182-7328 |
| Perley-Halladay Associates inc | 1037 Andrew Dr | West Chester | PA | 19380 |
| Perry Engineering Company Inc | 1945 Millwood Pk | Winchester | VA | 22602 |
| Pierce Associates Inc | 4216 Wheeler Ave | Alexandria | VA | 22304 |
| Pikeland Construction | 14 Chrisevyn Ln Ste 200 | Phoenixville | PA | 19460 |
| Pioneer Cladding & Glazing System LLC | 107 Northeast Dr | Loveland | OH | 45140 |
| Plymouth Campus Associates, LP | 555 E. Lancaster Ave, Suite 100 | Radnor | PA | 19087 |
| Post Construction Cleaning by Ex-Zel | PO Box 87 | Centreville | VA | 20122-0087 |
| Precision Signs | 243 Dixon Ave | Amityville | NY | 11701-2830 |
| Precision Wall Tech Inc | 7635 Coppermine Dr | Manassas | VA | 20109 |
| Princeton South Development | 10350 Bren Road West | Minnetonka | MN | 55343 |
| Pro Bel Enterprises Ltd | 765 Westney Rd S | Ajax | ON | L1S6W1 |
| Prospect Waterproofing Company | 118 Acacia Ln | Sterlin9 | VA | 20166 |
| Pyromax Inc | 1829 Old Mill Rd | Wall | NJ | 07719 |
| Quality Products & Services Inc | 1212 Moss 8t | Reading | PA | 19604 |
| Radius Services LLC | 16 Hadco Rd | Wilmington | DE | 19804 |
| RB Hinkle Construction Inc | PO Box 1153 | Ashburn | VA | 20146 |
| Reading Precast Inc | 5494 Pottsville Pike | Leesport | PA | 19533-8645 |
| Richter & Associates | 15865 Crabbs Branch Way | Rockville | MD | 20855 |
| Roman Mosaic and Tile Company | PO Box 1567 | West Chester | PA | 19380 |
| Rosedale Roofing | 1201 Middle River Rd | Baltimore | MD | 21220 |
| Ruga Stone LLC | 7953 Angleton Ct | Lorton | VA | 22079 |
| Ruppert Nurseries | 7950 Hawkins Creamery Rd | Laytonsville | MD | 20882 |
| Ruppert Nurseries Inc | 4425 Lilburn Industrial Way | Lilburn | GA | 30047 |
| Ruppert,Nurseries | 7950 Hawkins Creamery Rd | Laytonsville | MD | 20882 |
| Ryan Floors Inc | 7534 Rickenbacker Dr | Gaithersburg | MD | 20879 |
| S & J Service Inc | 9700-0 Martin Luther King Jr Hgwy | Lanham | MD | 20706 |
| SA Comunale Inc | 2900 Newpark Dr | Barberton | OH | 44203 |
| Sander and Breyta Inc | 157 A Broad St | Hi9hstown | NJ | 08520 |
| Scaggs Brothers LLC | 3258 Bethany Lane | Ellicott City | MD | 21042 |
| Schindler Elevator Corporation | PO Box 70433 | Chicago | IL | 60673-0433 |
| Schnabel Engineering North LLC | PO Box 758634 | Baltimore | MD | 21275 |
| Sean's Landscaping Inc | 3435 Quakerbridge Rd | Trenton | NJ | 08619 |
| Shockey Brothers Inc | PO Box 2530 | Winchester | VA | 22604 |
| Sign A Rama | 53 Crescent Blvd Rte 130 S | Gloucester City | NJ | 08030 |
| Smith Mechanical Inc | 9195 Red Branch Rd | Columbia | MD | 21045 |
| SmitHahn Co Inc | PO Box 679 | Bethlehem | PA | 18016 |
| So-Deep, Inc. | 8397 Euclid Ave | Mannassas Park | VA | 22111 |
| Southern Maryland Floor Company | 10505 Theodore Green Blvd | White Plains | MD | 20695 |
| Southland Concrete | 44330 Mercure Cir | Dulles | VA | 20166 |
| Spazio Washington LLC | 1010 Wisconsin Ave Ste 220 | Washington | DC | 20007 |
| Specialized Engineering | 9607 Doctor Perry Rd 102 | Ijamsville | MD | 21754 |

Exhibit A : Counterparties to Executory Contracts and Unexpired Leases

| Vendor Name | Address line #1 | City | State | Zip |
|---|---|---|---|---|
| Specified Woodworking Corp, | 9327A Washington Blvd | Laurel | MD | 20723 |
| Strait Steel | PO Box 370 | Green Castle | PA | 17225 |
| Strittmatter Contracting, LLC | 9102 Owens Dr | Manassas Park | VA | 20111 |
| Summit Interior Construction Inc | 5431 Yukon Ct Ste A | Frederick | MD | 21704 |
| Sun Control Systems | 2701 Tower Oaks Blvd #300 | Rockville | MD | 20852 |
| Supply Source Office Interiros Inc | 415 W. Third St. | Williamsport | PA | 17701 |
| SW Rodgers Co Inc | PO Box 398 | Gainesville | VA | 20156 |
| Sydney E. Albrittain and Anthony J. Offutt | 8321 Old Courthouse Road | Vienna | VA | 22182 |
| TDK Enterprise Inc | 34 St Re9is Dr | Woodbury | NJ | 08096 |
| The Blind Shop | 8528 Anniversary Cir | Gaithersburg | MD | 20877 |
| The Protection Bureau | 197 Philips Rd | Exton | PA | 19341 |
| ThyssenKrupp Elevator | PO Box 933007 | Atlanta | GA | 31193-3010 |
| Tindall Corp | PO Box 60032 | Charlotte | NC | 28260 |
| Total Enclosures Sail Systems Inc | 2525 Wabash Ave | St. Paul | MN | 55114 |
| Tricon Construction Inc. | 12401 Kiln Court, Suite F | Beltsville | MD | 20705 |
| Trl-State Drywall Inc. | 14630 Rothgeb Dr | Rockville | MD | 20850 |
| Union County Construction Grp | 638 Cherry St | Gloucester City | NJ | 08030 |
| Union Sealants LLC | PO Box 101 | Gilbertsville | PA | 19525 |
| United Masonry Incorporated of VA | 5621 Vine St | Alexandria | VA | 22310 |
| Universal Concrete Products | 400 Old Readin9 Pike Ste 100 | Stowe | PA | 19464 |
| Urban Engineering & Associates | 7700 Little River Turnpike #603 | Annannndale | VA | 22003 |
| URS Corporation ~Maryland | PO Box 201088 | Austin | TX | 78720·1088 |
| Valley Lighting LLC | 601·U Hammonds Ferry Rd | Linthicum | MD | 21090 |
| Vika, Inc. | 8180 Greensboro Drive #200 | McLean | VA | 22102 |
| W.E. Welch and Associates | 2502 Urbana Pike Ste 200 | Ijamsville | MD | 21754 |
| Wargo Interior Systems Inc | One Washington Ave | Telford | PA | 18969 |
| Weston Solutions Inc | 1400 Weston Way | West Chester | PA | 19380 |
| Wilcox Caulking Corporation | PO Box 208 | Lorton | VA | 22199-0208 |
| Wolfe Roofing & Sheet Metal | PO Box 14834 | Reading | PA | 19612-1060 |
| WSP Environmental Strategies LLC | 11190 Sunrise Valley Dr #300 | Reston | VA | 20191 |
| 100 M St SE | | | | |
| Battelle Memorial Institute | 505 King Ave, Room A297C | Columbus | OH | 43201 |
| CDI Marine Company c/o Johnson Controls | 60 East 42nd St., 41st Floor | New York | NY | 10165 |
| Orbis, Inc. | 268 W. Coleman Blve, Ste 2A | Mt. Pleasant | SC | 29464 |
| Parsons Services Company | 100 W. Walnut Street | Pasadena | CA | 91124 |
| Suntrust Bank | 919 E. Main Street, 14th Floor | Richmond | VA | 23219 |
| Opus East, LLC | 2099 Gaither Drive, Ste 100 | Rockville | MD | 20850 |