# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| OPUS EAST, L.L.C., *et al.*,[1] | ) | Case No. 09-12261 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Re: D.I. 170, 281, 292, 293 & 303** |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| 100 M St., SE L.L.C., | ) | Case No. 09-12266 (MFW) |
| | ) | |
| Debtor. | ) | **Re: D.I. 47, 49, 50 & 59** |

**NOTICE OF WITHDRAWAL WITH PREJUDICE OF MAYFIELDGENTRY REALTY ADVISORS, L.L.C.'S (I) OBJECTION TO TRUSTEE'S NOTICE OF INTENT TO ABANDON PROPERTY OF DEBTOR 100 M ST. SE L.L.C. PURSUANT TO 11 U.S.C. § 554(a) AND § 725 AND BANKRUPTCY RULE 6007(a) AND (II) MOTION TO VACATE THE ORDER APPROVING STIPULATION REGARDING CONSENTED TO MOTION OF BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that MayfieldGentry Realty Advisors, L.L.C. ("MayfieldGentry"), a party in interest and creditor, by and through undersigned counsel, hereby withdraws with prejudice MayfieldGentry Realty Advisors, L.L.C.'s (I) Objection to Trustee's Notice of Intent to Abandon Property of Debtor 100 M St. SE L.L.C. Pursuant to 11 U.S.C. § 554(a) and § 725 and Bankruptcy Rule 6007(a) (the "Objection") and (II) Motion to Vacate the Order Approving Stipulation Regarding Consented to Motion of Bank of America, N.A., as Administrative Agent, for Relief from the Automatic Stay Under Section 362 of the Bankruptcy

---

[1] The Debtors in these jointly administered proceedings are: Opus East, L.L.C.; Mercer Corporate Center, L.L.C.; Apple Valley II, L.L.C.; APG I, L.L.C.; APG II, L.L.C.; and 100 M St. SE, L.L.C.

Code (the "Motion"). Bank of America, N.A. and the Chapter 7 Trustee both consent to MayfieldGentry's withdrawal with prejudice of the Objection and Motion.

Dated: October 20, 2010  
      Wilmington, Delaware

MORRIS NICHOLS ARSHT & TUNNELL LLP

/s/ 
Robert J. Dehney (No. 3578)  
Eric D. Schwartz (No. 3134)  
Matthew B. Harvey (No. 5186)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, Delaware 19899-1347  
Tel: (302) 658-9200  
Fax: (302) 658-3989

– and –

Eric B. Bruce  
Benjamin A. O'Neil  
KOBRE & KIM LLP  
1919 M Street, NW  
Washington, DC 20036  
Tel: (202) 664-1900  
Fax: (202) 664-1920