IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
 ) Chapter 7
OPUS EAST, L.L.C. et al.[1], )
 ) Case No. 09-12261 (MFW)
 Debtors. )
 ) (Jointly Administered)

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON NOVEMBER 3, 2010 AT 2:00 P.M.

RESOLVED MATTERS

1. Motion for Relief from Stay, filed by Bank of America, N.A. [Docket No. 326, Filed 10/6/10].

    Response Deadline: October 25, 2010 at 4:00 p.m.

    Responses Received: None.

    Status: Motion erroneously filed by Bank of America, N.A. in these cases, which are not jointly administered with 1919 Market Philadelphia, L.L.C. The matter will go forward on the Agenda of 1919 Market Philadelphia, L.L.C.

UNCONTESTED MATTERS GOING FORWARD

2. SECOND Interim Fee Application of Cooch and Taylor for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to Chapter 7 Trustee for the Period from November 1, 2009 through September 30, 2010 RE: Debtors APG I (09-12264) and APG II (09-12265) [Docket No. 328, Filed 10/15/10] (Item No. 1 in Fee Application Binder).

    Related Documents:

    A. NOTICE of Applications for Interim Compensation and Reimbursement of Costs and Expenses and Request for Approval of Same [Docket No. 330, Filed 10/15/10].

    B. Proposed Order with Related Docket No.

    C. C.N.O. [Docket No. 337, Filed 10/29/10].

---

    1 The Debtors in these proceedings are: Opus East, L.L.C., Mercer Corporate Center, Apple Valley II, L.L.C., APG I, L.L.C., APG II, L.L.C. and 100 M Street SE, L.L.C.

Response Deadline: October 27, 2010 at 4:00 p.m.

Responses Received: None.

Status: A C.N.O. has been filed.

3. SECOND Interim Fee Application of Cooch and Taylor for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to Chapter 7 Trustee for the Period from November 1, 2009 through September 30, 2010 RE: Debtor Opus East, LLC (09-12261) [Docket No. 329, Filed 10/15/10] (Item No. 2 in Fee Application Binder).

   Related Documents:

   A. NOTICE of Applications for Interim Compensation and Reimbursement of Costs and Expenses and Request for Approval of Same [Docket No. 330, Filed 10/15/10].

   B. Proposed Order with Related Docket No.

   C. C.N.O. [Docket No. 338, Filed 10/29/10].

   Response Deadline: October 27, 2010 at 4:00 p.m.

   Responses Received: None.

   Status: A C.N.O. has been filed.


DATED: November 1, 2010             COOCH AND TAYLOR, P.A.
       Wilmington, DE

                                    /s/ Dale R. Dubé
                                    Dale R. Dubé (2863)
                                    1000 West Street, 10th Floor
                                    The Brandywine Building
                                    Wilmington, DE 19801
                                    Ph: (302) 984-3835
                                    Email: Ddube@coochtaylor.com

                                    Counsel to the Chapter 7 Trustee