**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| OPUS EAST, L.L.C. *et al.*, ) | |
| ) | Case No. 09-12261 (MFW) |
| Debtors. ) | |
| ) | (Jointly Administered) |

**Objection Deadline: October 17, 2018 at 4:00 p.m.**
**Hearing Date: October 24, 2018 at 2:00 p.m.**

### MOTION OF CHAPTER 7 TRUSTEE
### TO RECLASSIFY OR DISALLOW CLAIMS FILED BY BANK OF AMERICA, NA

Jeoffrey L. Burtch, Chapter 7 Trustee ("Trustee") in the above-captioned case, moves this Court to reclassify or disallow certain claims filed by Bank of America, NA ("BANA") as stated below. In support of this motion, the Trustee respectfully represents as follows:

### JURISDICTION

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

2. On July 1, 2009 (the "Petition Date"), Opus East, L.L.C. and certain of its related debtors, including 100 M (Case No. 09-1226-MFW) filed voluntary petitions for relief under Chapter 7 of title 11 of the United States Code (the "Bankruptcy Code").

3. On July 2, 2009, Jeoffrey L. Burtch was appointed as Chapter 7 Interim Trustee in all of the Opus East related cases.

1

4. On July 29, 2009, Meetings of Creditors pursuant to section 341 of the Bankruptcy Code were held and concluded. Thereafter, Mr. Burtch has served as the Trustee pursuant to section 702(d) of the Bankruptcy Code.

5. On October 13, 2009, BANA filed Claim Nos. 145-154. The following claims are subject to this Motion: Claim No. 145 in the amount of $6,324568.99; Claim No. 146 in the amount of $53,989,323.04; Claim No. 147 in the amount of $866,303.48; Claim No. 148 in the amount of $9,312,954.69; Claim No. 149 in the amount of $435,603.38; Claim No. 151 in the amount of $50,573,288.80; Claim No. 153 in the amount of $4,612,736.85; and Claim No. 154 in the amount of $757,264.27 (the "BANA Claims").

## TRUSTEE'S OBJECTION AND BASIS FOR MOTION

6. BANA asserts that its claims are secured based on various loan agreements that were entered into with Opus East and its' affiliates.

7. Section 506(a) of the Bankruptcy Code allows secured claims against an estate if those claims are secured by a lien on property in which the estate has an interest. If the claim is not secured to property that is administered in the bankruptcy estate, that claim does not have secured status against the estate. *See U.S. I.R.S. v. Snyder*, 343 F.3d 1171, 1179 (9th Cir. 2003) (holding that a claimant's secured interest in a pension plan that was not part of the bankruptcy estate was not entitled to secured status).

8. After a review of the BANA Claims and the attached documentation to the claims the Trustee has determined that the claimant is not entitled to the asserted secured status, because the secured properties were was not administered by the bankruptcy estate and BANA obtained relief to pursue certain properties outside of the estate.

9.   Further, BANA has affirmed to the Trustee that BANA no longer asserts a claim for 100 M Street, S.E., LLC and therefore, Claim No. 151 should be disallowed.

10.  The Trustee has identified the BANA Claims on <u>Exhibit A</u> attached to the proposed form of order and has identified the reason and relief requested in the column labeled "Reason for Modification".

11.  Therefore, the Trustee requests that this Court reclassify and disallow the BANA Claims as identified on Exhibit A.

WHEREFORE, the Trustee respectfully requests that the Court (i) grant the relief requested herein, (ii) enter the Proposed Order in the form attached hereto, and (iii) grant such other and further relief as is just and proper.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ M. Claire McCudden*
M. Claire McCudden, (DSB# 5036)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
cmccudden@skaufmanlaw.com

Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee

Dated: September 26, 2018