## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| OPUS EAST, L.L.C. *et al*., ) | |
| ) | Case No. 09-12261 (MFW) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |
| ) | **Re: Docket No.** |

## ORDER GRANTING MOTION
## OF CHAPTER 7 TRUSTEE TO RECLASSIFY OR
## DISALLOW CLAIMS FILED BY BANK OF AMERICA, NA

1. Before the Court is the Motion Of Chapter 7 Trustee to Reclassify or Disallow Claims Filed by Bank Of America, NA.[1]

2. The Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§157 and 1334; this Motion is a core proceeding under 28 U.S.C. §157(b)(2).

3. Appropriate notice of the Motion has been given.

4. The Motion is GRANTED. Any objections not made to the Motion are waived. Any objections made to the Motion are overruled with prejudice.

5. The relief requested in the Motion is in the best interests of the Estates and their creditors.

6. The Claims as identified on the attached Exhibit A are reclassified or disallowed as set forth on the exhibit.

7. The Bankruptcy Court Clerk is authorized to take all appropriate steps to revise the Bankruptcy Court Claims Register in this case to reflect the terms of this Order.

---

[1] Unless otherwise defined, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

8.      This Court shall retain jurisdiction with respect to any matter related to or arising from the implementation or interpretation of this Order.

9.      This Order is effective immediately, and shall not be affected and/or stayed by any of the provisions of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure, or any other applicable rule.

Dated: _____, 2018

_____
THE HONORABLE MARY F. WALRATH
United States Bankruptcy Court Judge

| Exhibit A: BANA Claims  In re: Opus East, LLC  Case No. 09-12261 (MFW) |
|---|---|---|---|---|---|

| Name of Claimant | Claim Number | Claim Classification | Claim Amount | Modified Claim Classification and Amount | Reason for Modification |
|---|---|---|---|---|---|
| Bank of America, NA  Louis J. Ebert, Esq.  Rosenberg Martin Greenberg, LLP  25 South Charles Street, Suite 2115  Baltimore, MD 21201 | 145 | Secured | $6,324,568.99 | $6,324,568.99  Unsecured  Non-Priority | Claim is for property that was not sold or administered by the Estate and therefore this claim is not entitled to secured status and should be reclassified as a general unsecured non-priority claim. |
| Bank of America, NA  Louis J. Ebert, Esq.  Rosenberg Martin Greenberg, LLP  25 South Charles Street, Suite 2115  Baltimore, MD 21201 | 146 | Secured | $53,989,323.04 | $53,989,323.04  Unsecured  Non-Priority | Claim is for property that was not sold or administered by the Estate and therefore this claim is not entitled to secured status and should be reclassified as a general unsecured non-priority claim. |
| Bank of America, NA  Louis J. Ebert, Esq.  Rosenberg Martin Greenberg, LLP  25 South Charles Street, Suite 2115  Baltimore, MD 21201 | 147 | Secured | $866,303.48 | $866,303.48  Unsecured  Non-Priority | Claim is for property that was not sold or administered by the Estate and therefore this claim is not entitled to secured status and should be reclassified as a general unsecured non-priority claim. |
| Bank of America, NA  Louis J. Ebert, Esq.  Rosenberg Martin Greenberg, LLP  25 South Charles Street, Suite 2115  Baltimore, MD 21201 | 148 | Secured | $9,312,954.69 | $9,312,954.69  Unsecured  Non-Priority | Claim is for property that was not sold or administered by the Estate and therefore this claim is not entitled to secured status and should be reclassified as a general unsecured non-priority claim. |
| Bank of America, NA  Louis J. Ebert, Esq.  Rosenberg Martin Greenberg, LLP  25 South Charles Street, Suite 2115  Baltimore, MD 21201 | 149 | Secured | $435,603.38 | $435,603.38  Unsecured  Non-Priority | Claim is for property that was not sold or administered by the Estate and therefore this claim is not entitled to secured status and should be reclassified as a general unsecured non-priority claim. |
| Bank of America, NA  Louis J. Ebert, Esq.  Rosenberg Martin Greenberg, LLP  25 South Charles Street, Suite 2115  Baltimore, MD 21201    NW 100M Street, LLC  Frederick L. Klein, Esq.  DLA Piper, LLP  500 Eight Street, NW  Washington, DC 20004 | 151 | Secured | $50,573,288.80 | $0.00 | Claimant, Bank of America, NA ("BANA") has affirmed to the Trustee that BANA no longer asserts a claim for 100 M Street, S.E., LLC. However, BANA has sold its loan and therefore cannot withdraw its claim. The Trustee is also serving the purchaser of the loan with this objection. Therefore, this claim should be disallowed. |

| | | | | | |
|---|---|---|---|---|---|
| Bank of America, NA<br>Louis J. Ebert, Esq.<br>Rosenberg Martin Greenberg, LLP<br>25 South Charles Street, Suite 2115<br>Baltimore, MD 21201 | 153 | Secured | $4,612,736.85 | $4,612,736.85<br>Unsecured<br>Non-Priority | Claim is for property that was not sold or administered by the Estate and therefore this claim is not entitled to secured status and should be reclassified as a general unsecured non-priority claim. |
| Bank of America, NA<br>Louis J. Ebert, Esq.<br>Rosenberg Martin Greenberg, LLP<br>25 South Charles Street, Suite 2115<br>Baltimore, MD 21201 | 154 | Secured | $757,264.27 | $757,264.27<br>Unsecured<br>Non-Priority | Claim is for property that was not sold or administered by the Estate and therefore this claim is not entitled to secured status and should be reclassified as a general unsecured non-priority claim. |